UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20118-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

LUIS CHAVEZ,

_____/

### ORDER SETTING CHANGE OF PLEA

The above Defendant is set for Change of Plea hearing before the undersigned on **June 17, 2008, at 10:00 a.m.**

DONE AND ORDERED in Miami, Florida, this 6th day of June, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record