UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20118-CR-SEITZ

UNITED STATES OF AMERICA

V

LUIS CHAVEZ

### ORDER AMENDING CONDITIONS OF RELEASE

THIS CAUSE came before the Court on June 17, 2008 upon the defendant's ore tenus Motion to Amend Pretrial Conditions of Release to delete the condition of electronic monitoring and having considered the request and in view the government's agreement that said condition be deleted and the further fact that pretrial service officer Albert Torres is in agreement with this request as well and in view of all other pertinent considerations on the matter, it is hereby

ORDERED AND ADJUDGED that the defendant's ore tenus Motion to Amend Conditions of Release so as to delete the condition of electronic monitoring is hereby GRANTED.

DONE AND ORDERED THIS 23rd DAY OF JUNE 2008 IN MIAMI FLORIDA

_Patricia Seitz_
Patricia Seitz, United States District Judge

Copies to Counsel of record
USPO Albert Torres