UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  08-20118-SEITZ/McALILEY

UNITED STATES OF AMERICA,

vs.

LUIS CHAVEZ and
JORGE DIAZ,

_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE is before the Court upon motion of the United States for entry of a preliminary order of forfeiture.  Being fully advised in the premises and based on the motion of the United States and the record in this matter and for good cause shown thereby, the Court finds as follows with respect to forfeiture in this action as to defendants **LUIS CHAVEZ and JORGE DIAZ**:

1.      Pursuant to the Superceding Indictment (DE # 50) in this case, the United States sought the forfeiture, pursuant to  Title 18, United States Code, Section 982(a)(1), of any property involved in the violation of Title 18, United States Code, Section 1960 charged in Count 2 and all property traceable to such property, including, but not limited to the sum of $1,100,880.00 in United States currency.

2.      On  June 16, 2008, pursuant to written plea agreements (DE # 56, 61), defendants **CHAVEZ** and **DIAZ** pled guilty to Count 2 of the Superceding Indictment and the violation of Title 18, United States Code, Section 1960.  In addition, the defendants agreed to forfeit to the United States all of their right, title and interest in the sum of $1,100,880.00 in United States currency.

**THEREFORE**, in consideration of the plea agreements and the defendants' agreements regarding forfeiture, and upon motion of the United States and for good cause shown thereby, it is

hereby:

**ORDERED** that:

1.      All right, title, and interest of defendants **LUIS CHAVEZ** and **JORGE DIAZ** in **the sum of $1,100,880.00 in United States currency** is hereby forfeited to the United States of America pursuant to Title 18, United States Code, Sections 982(a)(1) and 982(b) and the procedures outlined at Title 21, United States Code, Section 853.

2.      The United States Immigration and Customs Enforcement Service, or any duly authorized law enforcement official, as soon as practicable, shall seize and take custody of the property identified herein above as forfeited under this order pursuant to Title 21, United States Code, Section 853(g).

3.      The United States shall cause to be published, at least once, in a newspaper of general circulation, notice of this Order as required by Title 21, United States Code, Section 853(n).  The United States shall state in the notice that any person, other than the defendants, having or claiming a legal interest in the property ordered forfeited by this order must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

4.      The United States shall provide, to the extent practicable, direct written notice to any persons known to have an alleged interest in the property that is subject of the Order of Forfeiture,

2

in addition to the published notice.

5.      The United States is further authorized, pursuant to Title 21, United States Code, Section 853(m) and Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure, to conduct any discovery necessary, including depositions, to identify, locate or dispose of the property ordered forfeited herein or in order to expedite ancillary proceeding related to any third party petition claims filed with respect to the forfeited property.

6.      Pursuant to Fed. R. Crim. P. 32.2(b)(3), at sentencing, this Order of Forfeiture shall become final as each defendant's right, title, claim, and interest in the forfeited property and shall be incorporated into such defendant's sentence and included in the judgment entered with respect to each defendant.

It is further **ORDERED** that upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture,  pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed. If no claims are filed within thirty (30) days of the final publication or receipt of actual notice, whichever is earlier, then, pursuant to Title 21, United States Code, Section 853(n)(7), this Order shall be deemed a final order of forfeiture, and the United States Immigration and Customs Enforcement Service, or any duly authorized law enforcement official, shall dispose of the forfeited property hereunder according to law.

**DONE AND ORDERED,** in Chambers, at Miami, Florida  this 29^ day of *August*, 2008.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:     AUSA Arimentha Walkins (2 certified copies)