UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20118-CR-SEITZ

UNITED STATES OF AMERICA,

v.

LUIS CHAVEZ,

_____/

## ORDER FOR DISBURSEMENT OF BOND

THIS MATTER having come before the Court upon the Defendant's Motions for Return of Bond [DE 76 and 77]. The Court having reviewed said motions and being otherwise fully advised, it is

ORDERED that the Defendant' Motions are **GRANTED**, it being further

ORDERED that the Clerk of Court is hereby **DIRECTED** to forthwith make the disbursement of the $10,000.00 cash bond, together with any accrued interest, heretofore posted by Graciela Chavez on behalf of the Defendant.

DONE AND ORDERED, in Miami, Florida, this _____30___ day of October, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
       Financial Deputy Clerk